FILED - USDC -NH
2024 OCT 8 AM10:47

To whom it may concern  9/26/24

I mark LeMay called the Federal Public defenders office. They put me in touch with Jaye Rancourt. We spoke and she suggested that I write and explain that she is interested in working with me on my case. If god willing you appoint council for me I am hoping that it will be her. I thought that she was a private lawyer but have learned that she works for the State. I have heard nothing but good things about her thank you and god bless you

Mark LeMay